DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID J. POSTA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-3039

[May 5, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Usan, Judge; L.T. Case No. 18-7014CF10A.

David J. Posta, Sneads, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and FORST, JJ., concur.

*            *            *

***Not final until disposition of timely filed motion for rehearing.***